IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Jeffrey Pennington, | C/A No.: 3:12-1509-JFA-SVH |
| Plaintiff, | |
| vs. | ORDER |
| Kershaw County S.C.; State of South Carolina; Kershaw County Detention Center; Pennsylvania Department of Trasportation; Lt. Myers; Darrel Drakeford; John Does 1–10; Jackson; Lawson; McLeod; C.O. Alston; R. Eugene Harris, | |
| Defendants. | |

Because Plaintiff filed his motion seeking a temporary restraining order and a preliminary injunction so close to his hearing date in Kershaw County,[1] this court must shorten the time in which Plaintiff may submit his objections to the Magistrate Judge's Report and Recommendation. Plaintiff is hereby ordered to file any objections to the Magistrate Judge's Report and Recommendation by noon on Monday, June 25th. If Plaintiff fails to file any objections, this court will act on the Report and Recommendation without input from the plaintiff.

IT IS SO ORDERED.

June 22, 2012  
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Jud

---

[1] The plaintiff did not file his motion sufficiently in advance of the scheduled hearing so as to allow the normal 14 day response time to object to the Report and Recommendation.